IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01170–KMT

CHRISTINA HUSS,

      Plaintiff,

v.

ENCOMPASS INSURANCE, and
JOE DOE,

      Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Encompass Insurance's Motion to Convert July 15, 2014 Scheduling Conference to Status Conference" (Doc. No. 15, filed July 8, 2014) is GRANTED in part.  The Scheduling Conference set for July 15, 2014 and deadline for filing the Pilot Program Consent form are VACATED.  No later than **July 31, 2014**, Plaintiff shall either (1) retain counsel to represent her and have said counsel enter an appearance on her behalf, or (2) file a Status Report featuring a proper mailing address and phone number and advising the court whether she intended to proceed *pro se* (i.e. without counsel) in this matter.  Plaintiff is advised that if counsel fails to enter an appearance or Plaintiff fails to file a Status Report on or before **July 31, 2014**, the court will enter an Order to Show Cause why this case should not be dismissed for failure to prosecute.

The Clerk of Court is direct to serve a copy of this Minute Order on Plaintiff the last-known address included in Defendant's Motion:

                                Christina Huss
                                117 Jones Lane
                                Sterling, CO 80751

Dated:  July 9, 2014